AO 91 (Rev. 08/09) Criminal Complaint

8-29-13

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Filed
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joseph CAVAZOS | ) | Case No. 5:13-MJ-758 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 28, 2013__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), & 841(b)(1)(B) | Possession with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable quantity of cocaine. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO KRIS DESLATTE, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/29/2013

_____
*Judge's signature*

City and state: San Antonio, Texas

HENRY J. BEMPORAD, U.S. Magistrate Judge
*Printed name and title*

```
Minimum mandatory 5 years up to 40 years imprisonment
Maximum fine of up to $5,000,000
At least 4 years of supervised release
$100 Assessment to the Victims of Crime
```

ATTACHMENT "A"

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Kris Deslatte, BEING DULY SWORN, DEPOSES AND SAYS:

I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), currently assigned to the San Antonio District Office in San Antonio, Texas. In addition to the basic law enforcement training I have also received advanced training regarding the controlled substance laws of the State of Texas and the United States. I have participated in numerous criminal investigations involving the illegal distribution of drugs during my time being employed as a Texas peace officer and TFO.

On August 27th, 2013, TFO's Kris Deslatte, acting in an undercover capacity, spoke back and forth with Joseph CAVAZOS (after being previously introduced to CAVAZOS) via telephone in order to arrange for the purchase of two (2) kilograms of cocaine for $32,000.00 each. TFO Deslatte called CAVAZOS's cellular telephone (210-430-5112) in order to speak with CAVAZOS. CAVAZOS agreed to meet on August 28th, 2013, in order to sell two (2) kilograms of cocaine to TFO Deslatte.

On August 28th, 2013, at approximately 10:30am, TFO Deslatte placed a call to CAVAZOS informing CAVAZOS that TFO Deslatte was ready to purchase the kilograms of

cocaine. CAVAZOS stated that he was ready, but that CAVAZOS could only give TFO Deslatte one (1) kilogram of cocaine. TFO Deslatte agreed to the purchase of one (1) kilogram of cocaine.

Surveillance was established at 15330 IH 35 North in Selma, Texas (Academy Sports and Outdoors). TFO Deslatte placed a telephone call to CAVAZOS and told CAVAZOS to meet at 15330 IH 35 North. CAVAZOS stated that he was on the way with the kilogram cocaine.

A short time later, CAVAZOS called TFO Deslatte and advised TFO Deslatte that he was around the corner from the meet location. CAVAZOS informed TFO Deslatte that he was dropped off by a friend in front of the Academy and that CAVAZOS was now on foot. TFO Deslatte then observed CAVAZOS walking in the parking lot of Academy carrying a white plastic bag in his hand. TFO Deslatte then exited his vehicle and met with CAVAZOS.

CAVAZOS placed the white plastic bag on the front passenger seat of TFO Deslatte's vehicle. TFO Deslatte observed a yellow cardboard Lipton Tea box inside of the white plastic bag. TFO Deslatte opened the Lipton Tea box and observed one (1) kilogram size brick wrapped in black electrical tape. CAVAZOS stated that TFO Deslatte could open the kilogram brick to inspect it for quality if

necessary. TFO Deslatte advised CAVAZOS that was ok, and TFO Deslatte secured the evidence under the front passenger seat of TFO Deslatte's vehicle.

TFO Deslatte then directed CAVAZOS to walk with TFO Deslatte to another vehicle in the parking lot that, TFO Bryan Smith had earlier placed there, where the simulated funds were being stored. The "bust signal" was initiated by TFO Deslatte. Arrest teams then placed CAVAZOS into custody.

The suspected cocaine that CAVAZOS delivered to TFO Deslatte tested positive for cocaine as witnessed by TFO David Ricks. The total gross weight of the cocaine was approximately 1224.3 grams.

Further Affiant sayeth not.

_____
TFO Kris Deslatte, DEA

Subscribed and sworn to on this the 29th day of August 2013.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE